1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VERNELL JOHNSON, | ) | NO. CV 13-3402-MWF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 29, 2013.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE